**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DALE ALONZO COPEMANN,

      Plaintiff,

vs.                              CASE NO.: 1:11-cv-74-SPM-GRJ

CHRISTINE BAUN,

      Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 4). Plaintiff has been mailed a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.      The Magistrate Judge's Report and Recommendation (doc. 4) is **adopted** and incorporated by reference in this order.

2.      The case is **dismissed** for failure to state a claim for relief.

3.      The motion to proceed in forma pauperis (doc. 2) is **denied**.

DONE AND ORDERED this <u>fourteenth</u> day of June, 2011.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge